UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KERRY MURRAY,

    Plaintiff,

v.                                           CASE NO. 8:25-cv-1358-SDM-SPF

WILLIAM FREDERIC JUNG,

    Defendant.
_____/

**ORDER**

    Appearing *pro se*, Kerry Murray sues (Doc. 1) a district judge who ruled against the plaintiff in a separate action.[*] Murray inveighs against the district judge's dismissing the earlier action. Murray's many accusations include treason, weaponization of government, and abuse of authority.

    The complaint is manifestly, plainly, and incurably frivolous. A judicial officer is entitled to judicial immunity for acts performed within the judicial office. *See Stump v. Sparkman*, 435 U.S. 349, 356–57 (1978); *Pierson v. Ray*, 386 U.S. 547, 554 (1967) (holding that a judge must not "fear that unsatisfied litigants may hound him with litigation charging malice or corruption.") If Murray wanted to assert any legal error by the district judge, Murray should have appealed the order of dismissal,

---

[*] The separate action is *Murray v. Saint-Fleur, et al.*, 8:25-cv-869-WFJ-TGW.

which he failed to do and the time for which has passed.  Accordingly, Murray's complaint is **DISMISSED WITH PREJUDICE**.  The clerk must close the case.

ORDERED in Tampa, Florida, on August 29, 2025.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE